RYAN *v.* THE STATE.

CRIMINAL LAW.—*Assault and Battery.*—*Evidence.*—If an indictment for an assault and battery allege that the battery was committed with a certain instrument, proof that it was done with a different instrument will be sufficient.

From the Martin Circuit Court.

*J. Baker*, for appellant.

*C. A. Buskirk*, Attorney General, for the State.

PETTIT, J. — Indictment for assault and battery. The charging part of the indictment is this:

"Did then and there, at the county of Martin, in the State of Indiana, in a rude, insolent and angry manner, unlawfully touch, beat, bruise and strike one William N. Waggoner; and did, then and there  *  *  *  *  unlawfully shoot, strike and wound him, the said William N. Waggoner, with a gun loaded with powder and leaden shots, which," etc.

The evidence shows that the battery was committed with a stone, and not with a gun, as alleged in the indictment; and the only question in the case is, does the evidence warrant a conviction on the indictment?

There is no necessity, in an indictment for an assault and battery, to describe the instrument with which the battery was committed; but if this is done, it is sufficient to prove that it was done with a different instrument, and this will not be a variance. 2 Bishop Crim. Proced., sec. 514; 1 Greenl. Ev., sec. 65.

The judgment is affirmed, at the costs of the appellant.